UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHANLOO, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>KARIM BOUMAJDI, an individual; T. NICOLAS PETER, an individual; BRH INVESTMENTS LIMITED, a California corporation; THE LITTLE DOOR CORP, a California corporation; and BA2, LLC, a California Limited Liability Company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:21-cv-06699-DSF (ADSx)<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER**<br><br>**Hon. Dale S. Fischer** |

The Court having reviewed the Parties' Stipulation and Request to Modify Scheduling Order, and good cause appearing,

IT IS ORDERED that the dates set forth in the Court's Order dated October 26, 2022 (Dkt. No. 98) shall be reset as follows:

-1-

| Event | Current Date | New Proposed Date |
|---|---|---|
| Motion to Amend Pleadings or Add Parties Cutoff | 6/5/2023 | 12/5/2023 |
| Discovery Cut-Off | 6/8/2023 | 12/8/2023 |
| Expert Witness Exchange Deadline | Initial: 7/6/2023<br>Rebuttal: 8/3/2023<br>Cut−off: 8/17/2023 | Initial: 1/5/2024<br>Rebuttal: 2/2/2024<br>Cut−off: 2/16/2024 |
| Motion Hearing Cut-Off | 10/2/2023 | 4/1/2024 |
| ADR Cut-Off | 10/23/2023 | 4/22/2024 |
| Trial Documents (Set One) | 11/20/2023 | 5/20/2024 |
| Trial Documents (Set Two) | 12/4/2023 | 6/4/2024 |
| Final Pretrial Conference | 12/11/2023<br>At 03:00 PM | 6/10/2024<br>At 03:00 PM |
| Trial Date: | 1/23/2024<br>at 08:30 a.m. | 7/23/2024<br>at 08:30 a.m. |

**IT IS SO ORDERED.**

Dated: <u>April 26, 2023</u>

Dale S. Fischer
United States District Judge