JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHANLOO, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>KARIM BOUMAJDI, an individual; T. NICOLAS PETER, an individual; BRH INVESTMENTS LIMITED, a California corporation; THE LITTLE DOOR CORP, a California corporation; and BA2, LLC, a California Limited Liability Company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:21-cv-06699-DSF (ADSx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL AND PERMANENT INJUNCTION PURSUANT TO SETTLEMENT AGREEMENT**<br><br>Hon. Dale S. Fischer |

The Parties, having entered into a confidential settlement agreement, and having stipulated to the entry of this order dismissing this lawsuit in its entirety and entering this permanent injunction as part thereof, and in accordance with Rule 65(d) of the Federal Rules of Civil Procedure, the Court issues the following order.

## ORDER FOR DISMISSAL WITH PREJUDICE
## AND PERMANENT INJUNCTION

The Court, finding good cause to GRANT the parties' stipulation, HEREBY finds and orders as follows:

A.　Pursuant to their confidential agreeable settlement, the claims and allegations in the complaint and counterclaims are dismissed with prejudice.

B.　Defendants, or any person acting for or in concert with Defendants, are permanently enjoined and prohibited from:

　　i.　using in commerce any trademark, service mark or other marks that are confusingly similar to Plaintiff's registered trademark "THE LITTLE DOOR" or the mark "TLD" for all services in International Class 43 including for "restaurant services, including take-out and delivery catering services; providing banquet facilities for special occasions; night club and bar services" and any related goods and/or services.

　　ii.　using the TLD Design Mark in commerce for all services in International Class 43 including for "restaurant services, including take-out and delivery catering services; providing banquet facilities for special occasions; night club and bar services" and any related goods and/or services.

　　iii.　filing for any registration of any mark which can be confused with Plaintiff's trademark "THE LITTLE DOOR" or the mark "TLD" in International Class 43.

C.　Defendants shall either dissolve or change the name of Defendant The Little Door Corp. to one that does not contain the phrase "THE LITTLE DOOR" or TLD, or any combination of words which causes confusion with Plaintiff's marks, within sixty (60) days of the entry of this order.

D.　All Parties shall each bear their respective attorneys' fees and costs.

E. The Court shall maintain jurisdiction over this action for purposes of enforcement of this Permanent Injunction and the Settlement Agreement between the parties.

DATED this 22nd day of August, 2023.

_____
Hon. Dale S. Fischer
United States District Judge